ELLEN HOAR and Others, etc., in Election Districts 1 to 45, Inclusive, 14th Assembly District, New York County, Named in the Petition Headed by Committee on Vacancies, PETER COYLE, ANNA MORAN and JOHN MICHALEK, Defendants, Appellants, Commonly Known as the "Flood Petition," Election Districts 1 to 45, Inclusive, 14th Assembly District, New York County, and S. HOWARD COHEN and Others, as Commissioners of Election of the City of New York, Respondents. — Order unanimously affirmed, without costs. Leave to appeal to the Court of Appeals granted. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ. [177 Misc. 559.]

In the Matter of the Application of LOUIS DUNST, Petitioner, Appellant, for an Order Directing S. HOWARD COHEN and Others, as Commissioners of the Board of Elections of the City of New York, to Strike Out the Nominating Petition, Designating 440 Persons for the Party Positions of Democratic County Committeemen in and for Election Districts 1–29, Inclusive, Sixth Assembly District, New York County.— Order, so far as appealed from, modified by granting the motion to strike out and remove the names of the fifty-three substituted candidates for the county committee; otherwise affirmed, without costs. Leave to appeal to the Court of Appeals granted. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.; Glennon, J., dissents and votes to affirm in all respects.

In the Matter of the Application of DANIEL M. KELLY, Petitioner, Appellant, for the Determination by the Court as to the Designation of County Committeemen in All of the Election Districts Comprising the Eleventh Assembly District, New York County, Named in the Petitions the PATRICK H. SULLIVAN Petition, in the Eleventh Assembly District, New York County (Democratic Party), against S. HOWARD COHEN and Others, Constituting the Board of Elections in the City of New York, and PATRICK H. SULLIVAN, Being the First Person Named in the Committee to Fill Vacancies in the Said Alleged Designating Petitions, Respondents.— Order unanimously affirmed, without costs. Leave to appeal to the Court of Appeals granted. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of ANTHONY CONSTANTINO and Others for the Determination by the Court as to the Designation of Candidates for the Party Position Named in the Petition Known as the "Cioffi" Petition, 22–43 E. D., 18 A. D., New York County (Democratic Party). In the Matter of the Application of ANTHONY CONSTANTINO and Others for the Determination by the Court as to the Designation of Candidates for the Party Positions Named in the Petition Known as the "Verdicchio" Petition, 22–43 E. D., 18 A. D., N. Y. County (Democratic Party).— Orders unanimously affirmed, without costs. Leave to appeal to the Court of Appeals granted. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of JAMES F. McELROY, for an Order Directing S. HOWARD COHEN and Others, Constituting and Comprising the Board of Elections in the City of New York, to Strike Out an Alleged Petition Purporting to Designate One WILLIAM J. GOODWIN for the Democratic Nomination for President of the Council, City of New York, and to Enjoin and Restrain the Said Board of Elections in the City of New York from Printing and Using Ballots Containing the Name of the Said WILLIAM J. GOODWIN, as a Candidate for President of the City Council, City of New York, at the Democratic Party Primary